**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Nora E. CRUZ, Defendant-Appellant.**

No. 04–50800
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 31, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff-Appellee.

Nora E. Cruz, Fort Worth, TX, Justin W. Low, Law Offices of Justin Low, Odessa, TX, for Defendant-Appellant.

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Nora E. Cruz has moved for leave to withdraw from representation and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cruz has filed a response in which she argues, inter alia, that counsel rendered ineffective assistance for not challenging a sentencing adjustment for use of a child during the offense and that the prosecutor engaged in misconduct by supporting application of this adjustment. Cruz also requests the appointment of new counsel. The record is sufficiently developed to allow consideration of Cruz's claim of ineffectiveness. *See United States v. Higdon*, 832 F.2d 312, 314 (5th Cir.1987).

Our independent review of the record, counsel's brief, and Cruz's response shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2. All other outstanding motions are DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.